# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID J. MARTIN, III

NO. 2026 KW 0094

**MAY 4, 2026**

---

In Re:   David J. Martin, III, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 834515.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.** The record shows that the charges in docket number 834515 were dismissed. Thus, relator's allegations regarding this case are moot.

                    **SMM**
                    **BDE**
                    **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT